**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Civil Action No.:

CHRISTINA MILLER, individually,                    **NOTICE OF REMOVAL**

      Plaintiff,

v.

MARQUIS DENTAL SPA MANAGEMENT
OF AMERICA, LLC., a Florida corporation,
SANMAR DENTAL MANAGEMENT OF
ILLINOIS, LLC, a Florida corporation, A&W
HEALTHCARE MANAGEMENT, LLC,
a Florida corporation, SANMAR DENTAL
MANAGEMENT OF AMERICA, LLC,
a Florida corporation, and ANTHONY
J. SANTAMARIA, individually,

      Defendants.

_____/

      **TO THE HONORABLE JUDGES OF THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF FLORIDA:**

      **PLEASE TAKE NOTICE** that Defendants Marquis Dental Spa Management of

America, LLC, Sanmar Dental Management of Illinois, LLC, A&W Healthcare Management

LLC, Sanmar Dental Management of America, LLC, and Anthony J. Santamaria (collectively,

"Defendants"), by and through their undersigned counsel, hereby invoke this Court's jurisdiction

under the provisions of 28 U.S.C. §§ 1331, 1441 and 1446, and states the following grounds in

support of removal of the above-captioned matter.

      1.     Plaintiff Christina Miller ("Plaintiff") instituted the above-captioned action in the

Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida, by filing with that

Court a Summons dated May 22, 2018 and Complaint dated May 14, 2018.  The Summons and

Complaint were electronically filed with that Court on May 14, 2018 (with the date discrepancy visible on the Summons), and that Court assigned this action Case Number CACE-18-011623 Division: 08 (hereinafter referred to as the "State Action").

2.      On May 29, 2018, Defendants first received copies of the Summons and Complaint filed in the State Action, by service of process or otherwise.  True and correct copies of the Summonses and Complaint in the State Action are annexed hereto as Exhibit "A."

3.      The Complaint constitutes all process, pleadings and orders served upon Defendants in this matter to date.  No further proceedings have been conducted in the State Action.  Defendants have not served an Answer or other responsive pleading to Plaintiff's Summons and Complaint nor made any appearance or argument whatsoever in the State Action.

4.      This action is being removed to this Court on the grounds that this Court has original jurisdiction over this action pursuant to 28 U.S.C. 1331.  Specifically, this action involves claims arising under the Fair Labor Standards Act ("FLSA"), 29 U.S.C. § 201 *et seq*., a law of the United States.  Therefore, this action may be removed to this Court by Defendants herein pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446.

5.      This Notice of Removal is being filed with this Court within thirty (30) days of Defendants' receipt of copies of the Summons and Complaint upon which the State Action is based, by service of process or otherwise, and before any proceedings have been conducted in the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida.

## STATE COURT ACTION

6.      Plaintiff alleges, inter alia, that Defendants failed to pay Plaintiff for all hours worked up to 40 hours in each week and further failed to pay Plaintiff for all hours worked in

excess of forty (40) hours in each week at time and a half, in violation of the FLSA as well as the

Florida Unpaid Wages Statute, § 448.08.  (*See* Complaint, ¶¶ 2,11, 15).

**THE COURT'S REMOVAL JURISDICTION**

7.      28 U.S.C. § 1441(b) provides the basis for removal jurisdiction of this action

based upon federal question.  That section provides, in pertinent part, as follows:

> Any civil action of which the district courts have original jurisdiction founded on a claim or rights arising under the Constitution, treaties or laws of the United States shall be removable without regard to the citizenship or residence of the parties.

8.      The State Action is within the original jurisdiction of this Court based upon

federal question jurisdiction pursuant to 28 U.S.C. § 1331.  That section provides, in pertinent

part, as follows:

> The district courts shall have original jurisdiction of all civil actions under the Constitution, laws, or treatises of the United States.

9.      In this action, Plaintiff alleges violations of the FLSA based on Defendants'

conduct in connection with Plaintiff's employment.  Because the United States District Courts

have original jurisdiction over, and federal law controls actions to address violations of the

FLSA, removal of this case to this Court under the circumstances present herein is proper.

10.      Defendants submit this Notice of Removal without waiving any defenses to the

claims asserted by Plaintiff or conceding that Plaintiff has pleaded claims upon which relief may

be granted.

11.      Contemporaneous with Defendants' filing of this Notice of Removal with the

United States District Court for the Southern District of Florida, Defendants are also filing a

Notice of Filing of Notice of Removal with the Clerk of the Circuit Court of the 17th Judicial

3

Circuit in and for Broward County, Florida.  A copy of that notification is annexed hereto as Exhibit "B."

WHEREFORE, Defendants respectfully request that the State Action be removed from the Circuit Court of the 17th Judicial Circuit in and for Broward County, Florida to this Court.

Respectfully submitted,

DAMIAN & VALORI LLP
1000 Brickell Avenue, Suite 1020
Miami, Florida 33131
Telephone: (305) 371-3960
Facsimile: (305) 371-3965
Primary: pvalori@dvllp.com
Secondary: rlandy@dvllp.com
Secondary: spitta@dvllp.com

By: s/Peter F. Valori
        Peter F. Valori, LLC
        Florida Bar No. 0043516
        Russell Landy
        Florida Bar No. 0044417

Dated:  June 28, 2018
        Miami, Florida

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via email this 28th day of June, 2018, upon all counsel or parties of record on the attached service list.

s/Russell Landy
Counsel for Defendants

# SERVICE LIST

Peter F. Valori
pvalori@dvllp.com
Russell Landy
rlandy@dvllp.com
Damian & Valori, LLP
1000 Brickell Avenue, Suite 1020
Miami, FL 33131
Tel. (305) 371-3960
Fax (305) 371-3965
*Attorneys for Defendants*

Christopher J. Whitelock
cjw@whitelocklegal.com
David S. Frank
davidfrank@whitelocklegal.com
Whitelock and Associates, P.A.
Address: 300 Southeast Thirteenth Street
Fort Lauderdale, Florida, 33316
Tel.: 954-463-2001
Fax: 954-463-0410
*Attorneys for Plaintiff*